IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE: Brenda Lea Dyer　　　　　　　　　　　　　　　　　　　CASE NO: 4:05-bk-18201 M
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

CHAPTER 13 TRUSTEE'S
REPORT OF UNCLAIMED FUNDS

The Trustee submits the following Report of Unclaimed Funds:

1. Ninety days have lapsed since the final distribution of funds in the above bankruptcy estate. The account of this estate reflects that the following amounts remain on deposit. These amounts represent payment by check mailed to the Payee listed below that was not negotiated.

| Court's Claim No: | Payee Name | Amount |
|---|---|---|
| | Brenda Lea Dyer | $2.11 |
| | 120 Pulaski Drive | |
| Trustee's Claim No: | Jacksonville, AR 72076 | |
| 0 | | |

Description of Payment: REFUND TO DEBTOR/CASE CLOSED

Trustee's Canceled Check Number: 357761

2. Payment has been cancelled and stopped on the check.

3. Pursuant to 11 U.S.C. §347 and Fed. R. Bankr. P. 3011, a check has been tendered by the Trustee to the United States Bankruptcy Clerk in the amount of $2.11 for the benefit of the Payee to be disposed of under Chapter 29 of Title 28 of the United States Code (28 U.S.C. §§ 2041, *et seq.*)

Date: 10/26/2009　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Joyce Bradley Babin
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Joyce Bradley Babin
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13 Standing Trustee

cc:　　Brenda Lea Dyer, Debtor
　　　　Thomas W. Byarlay, Esq., Debtor's Attorney (through ECF)